IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JEREMY LUQUIN,

        Plaintiff,

   v.

JACKSON COUNTY, et al.,

        Defendants.

No. 1:13-cv-1650-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. <u>See</u> 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).  Although no
objections have been filed, this court reviews legal principles *de
novo*.  <u>See</u> <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d 1202, 1206
(8th Cir. 1983).

    After reviewing the file, I agree with Magistrate Judge
Clarke that plaintiff cannot state a claim for relief under 42

1 - ORDER

U.S.C. § 1983. I also agree that this court should decline to exercise jurisdiction over plaintiff's remaining claims, which are under state law.

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#17) is adopted. Defendants' motion to dismiss (#6) is granted with prejudice as to plaintiff's claim under 42 U.S.C. § 1983 and without prejudice and leave to refile in state court as to plaintiff's remaining claims under state law.

IT IS SO ORDERED.


DATED this __*14*__ day of March, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER